(May 12, 1987)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES ALLEN BURSCH, Petitioner, v GEORGE L. INFANTE, as Albany County Sheriff, Respondent.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied *(see, People ex rel. Davis v Coombe,* 97 AD2d 667). Kane, J. P., Main, Casey, Weiss and Mikoll, JJ., concur.